UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-23861-CIV-MARTINEZ-BECERRA

10 MINUTE FITNESS INC. d/b/a
ZAAZ,

      Plaintiff,

v.

AMENTUM SERVICES, INC.,
f/k/a URS FEDERAL SERVICES, INC.

      Defendant.

_____/

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

**COMES NOW**, Plaintiff, 10 MINUTE FITNESS INC. d/b/a ZAAZ, by and through its attorneys, Spector Rubin, P.A., and files this Opposed Motion for Extension of Time to File Motion for Leave to File Amended Complaint and states as follows:

1. On June 27, 2023, the Court entered its Order granting Defendant's motion for judgment on the pleadings [D.E. 113].

2. The Order provided that Plaintiff may file a motion for leave to amend the complaint on or before July 26, 2023.

3. The undersigned will be on vacation for the next two weeks. Further, the undersigned would like the opportunity to discuss this matter with his client but has been unable to do so due to his client's representative traveling for the last two weeks.

4. As such, the undersigned respectfully requests that the time in which Plaintiff may file the motion for leave be extended until August 15, 2023.

5. The instant request is submitted in the utmost good faith and not for purposes of delay.

6. Although the instant motion is being filed more than a week before the Court's deadline, and despite the fact that there could not possibly be any prejudice to Amentum, Amentum opposes the relief requested herein.

7. Although there will be no prejudice whatsoever to Amentum if the relief sought herein is granted, there would be prejudice to Plaintiff, as the instant matter will be otherwise dismissed with prejudice.

8. As such, good cause exists for the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline to file its motion for leave to file amended complaint, if it chooses to do so, by twenty (20) days.

### RULE 7.1 CERTIFICATION

The undersigned certifies that on July 18, 2023 he conferred with Manuel Miranda, counsel for Amentum regarding the relief requested herein. The undersigned advised that he was going on vacation and would appreciate the professional courtesy. However, despite the fact that there will be no prejudice to Amentum in the relief sought herein, and clear prejudice to Plaintiff, and despite the Court's prior instructions to counsel to demonstrate cooperation and professionalism towards each other, Mr. Miranda has advised – without any explanation – that Amentum is opposed to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which shall serve a copy of same upon all counsel of record.

Dated: Miami, Florida
July 18, 2023

                                          Respectfully submitted,

                                          SPECTOR RUBIN, P.A.
                                          ***Attorneys for Plaintiffs***
                                          3250 Mary Street
                                          Suite 405
                                          Miami, Florida 33133
                                          Tel: 305.537.2000
                                          Fax: 305.537.2001
                                          Email: Robert.Borak@spectorrubin.com

By:    /s/ Robert Borak
        Robert M. Borak (FBN 015923)
        Marc A. Rubin (FBN 62626)