UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-23861

10 MINUTE FITNESS INC. d/b/a
ZAAZ,

    Plaintiff,

v.

AMENTUM SERVICES, INC. f/k/a
URS FEDERAL SERVICES, INC. and NAR
ELECTRONICS HOLDING
GROUP INC. f/k/a NAR ELECTRONICS
SOLUTIONS, LLC,

    Defendants.
_____/

AMENTUM SERVICES, INC. f/k/a
URS FEDERAL SERVICES, INC.,

    Third-Party Plaintiff,

v.

NAR ELECTRONICS HOLDING
GROUP INC. and NAR ELECTRONICS
SOLUTIONS, LLC,

    Third-Party Defendants.
_____/

**DEFENDANT AMENTUM SERVICE'S INC.'S**
**MOTION FOR ENTRY OF JUDGMENT UNDER RULE 58(d)**

Defendant, Amentum Services, Inc. f/k/a URS Federal Services, Inc. ("Amentum"), moves for entry of judgment in its favor under Federal Rule of Civil Procedure 58(d) and states the following in support:

1. Plaintiff, 10 Minute Fitness Inc. d/b/a ZAAZ ("Plaintiff" or "ZAAZ"), sued Amentum on November 2, 2021, for one count of negligence for allegedly failing to dispose of ZAAZ 20k whole-body vibration machines. (ECF Nos. 1, 35.)

2. On June 27, 2023, this Court granted Amentum's motion for judgment on the pleadings. (ECF No. 113.) The Court, in turn, dismissed the action without prejudice, noting that "Plaintiff may file a motion for leave to amend the complaint **on or before July 26, 2023.**" The Court, in its Order, further noted that, "[s]hould Plaintiff not file the motion for leave by the given deadline, **this case shall be dismissed with prejudice without further warning**." (*Id.* at 8 (emphasis in original).)

3. Here, Plaintiff has failed to "file a motion for leave to amend the complaint" by July 26, 2023. Accordingly, the Plaintiff's action is now dismissed with prejudice, consistent with this Court's dismissal order. (ECF No. 113.)

4. Federal Rule of Civil Procedure 58(d) states that "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)." Subsection (a) states that "[e]very judgment and amended judgment must be set out in a separate document…[,]" except for certain exceptions that are not applicable here.

5. Amentum seeks a final judgment in this case and requests that the Court enter a judgment dismissing the action with prejudice, and an Order closing the case subject to the Court's reserving jurisdiction to adjudicate post-judgment requests for costs under Rule 54(d). A proposed Final Judgment is attached as **Exhibit A**.

For the above reasons, Amentum respectfully requests that this Court enter judgment for Amentum in this case.

Dated: August 2, 2023

                                      Respectfully submitted,

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

*/s/ Israel Encinosa*

Alex M. Gonzalez
Florida Bar No. 0991200
alex.gonzalez@hklaw.com

Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com

Manuel A. Miranda
Florida Bar No. 119302
manuel.miranda@hklaw.com

Anthony J. Sirven
Florida Bar. No. 125879
anthony.sirven@hklaw.com

Gary Klubok
Florida Bar No. 1031678
gary.klubok@hklaw.com

*Counsel for Defendant/Third-Party Plaintiff Amentum Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which shall serve a copy of same upon counsel for Plaintiff.

By: _/s/ Israel Encinosa_