UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23861-CIV-MARTINEZ-BECERRA

10 MINUTE FITNESS INC. d/b/a ZAAZ,

    Plaintiff,

v.

AMENTUM SERVICES, INC. f/k/a URS FEDERAL SERVICES, INC., and NAR ELECTRONICS HOLDING GROUP, INC. f/k/a NAR ELECTRONICS SOLUTIONS, LLC,

    Defendants,

_____/

AMENTUM SERVICES, INC. f/k/a URS FEDERAL SERVICES, INC.,

    Third-Party Plaintiff,

v.

NAR ELECTRONICS HOLDING GROUP INC. and NAR ELECTRONICS SOLUTIONS, LLC,

    Third-Party Defendants.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon the Court's Order Granting Defendant Amentum Services, Inc. ("Amentum")'s Motion for Judgment on the Pleadings, (ECF No. 113), and Amentum's Motion for Final Judgment, (ECF No. 118). It is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Amentum Services, Inc. Plaintiff 10 Minute Fitness Inc., d/b/a ZAAZ shall go hence without day, and the

action is **DISMISSED WITH PREJUDICE**. The Court reserves jurisdiction to adjudicate and determine taxable costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record